■ JAMES C. MERCER, Appellant, v PAL ENERGY CORPORA- TION, Respondent. (Appeal No. 2.) [720 NYS2d 437] —Appeal from order insofar as it denied reargument and stay unanimously dismissed and order otherwise reversed on the law without costs. Same Memorandum as in Mercer v Pal Energy Corp. (280 AD2d 896 [decided herewith]). (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Reargument.) Present—Pigott, Jr., P. J., Green, Hurlbutt and Scudder, JJ.